**UNITED STATES DISTRICT COURT** **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DENISE SHAE MAUCELI | § | |
| | § | |
| *versus* | § | CASE NO. 9:25-CV-295-MAC |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES**

Before the court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (#19). The Defendant did not file a response. Judge Stetson recommended that the court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. Having considered the motion, the record, and the applicable law, the court is of the opinion that the motion should be granted. It is therefore

**ORDERED** that the Report and Recommendation Regarding Attorney Fees is **ADOPTED**. It is further

**ORDERED** that the Plaintiff's application for attorney's fees (#19) is **GRANTED** and the Commissioner of Social Security shall pay Denise Shae Mauceli, in care of her attorney, Karl E. Osterhout, attorney fees in the amount of $8,742.20 pursuant to the Equal Access to Justice Act. Payment should be mailed to: Denise Shae Mauceli, in care of her attorney, Karl E. Osterhout, Osterhout Berger Daley, LLC, 521 Cedar Way, Suite 200, Oakmont, PA 15139. It is further

**ORDERED** that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, the

Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

SIGNED at Beaumont, Texas, this 19th day of August, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE